**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00127-CV

## MATTHEW SIDWELL, Appellant

## V.

## ZUO MODERN CONTEMPORARY, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03192-E**

### ORDER

Before the Court is appellant's fifth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 4, 2020. As the brief was first due June 4, 2020, we caution appellant that failure to file his brief by November 4th may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    KEN MOLBERG
        JUSTICE